BERTRAND KUHN, *Respondent, v.* JOHN D. T. McALLISTER, *Appellant.*

EITHER PARTY MAY HAVE CAUSE PLACED ON THE CALENDAR.—An appeal per-fected a month before a term of this Court is in ample time to be placed on the calendar, and may be so placed, on motion of either party.

CAUSE, HOW BROUGHT TO A HEARING.—A cause on the calendar of this Court when reached in its order, may be brought to a hearing by either party, pro-vided he shall have given three days notice to the other party.

MOTION to place the cause on the calendar.

On the 13th day of October, 1874, the Respondent recovered, in the Third District Court, a judgment against the Appellant, directing the payment of money. On the 10th day of December thereafter, notice of appeal to this Court was duly filed and served, and on the day following the requisite undertaking was filed. (Practice Act, Secs. 328, 329, 339, 360.) The Respondent's counsel now move that the case be entered on the calen-dar for the present term, and the Appellant's counsel objects to the motion.

*Tilford & Hagan,* for the motion.

*J. G. Sutherland,* Contra.

McKEAN, C. J., delivered the Opinion of the Court.

The counsel for the respective parties inform the Court that they have each procured for the Court the transcripts required by Section 338 of the Practice Act. But this is not important on this motion. The question is, was the appeal perfected in time to be placed on the calendar for the present term ? The appeal was perfected on the 11th day of December last, a month before the commencement of this term of the Court ; and the appeal thus perfected, stays the execution of the judgment. It is the Respondent's right to have the cause heard at the present session of the Court, unless good cause is shown to the contrary.

The cause should be placed on the calendar, and, when reached in its order, either party may bring it to a hearing, provided he shall have given three days' notice to the other. (Practice Act, Sec. 348). Ordered accordingly.

EMERSON and BORÊMAN, J. J., concurred.